Case 1:22-cv-01354-CBA-VMS  Document 13  Filed 08/25/22  Page 1 of 1 PageID #: 40

Clerk's Office
Filed Date: 8/25/2022

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

Marina Iskhakova, individually and on behalf of all others similarly situated,

                Plaintiff,

-v.-

Carvel Franchisor SPV, LLC

                Defendant.

-----------------------------------------------------------------x

Civil Action No:
1:22-cv-1354

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: August 15, 2022

| For Plaintiff Marina Iskhakova | For Defendant Carvel Franchisor SPV, LLC |
|---|---|
| /s/ Mark Rozenberg<br>Mark Rozenberg<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>mrozenberg@steinsakslegal.com | /s/ Cherelle Glimp<br>Cherelle Glimp<br>DLA Piper<br>1251 Ave of the Americas<br>New York, NY 10020<br>Ph: (212) 335-4899<br>Cherelle.glimp@dlapiper.com |

1

*Application granted.
So Ordered
8/19/22*